UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Jane Doe #1 | ) |
| | ) |
| Plaintiff, | ) No. 3:17-cv-00040 |
| | ) |
| | ) Judge Aleta A. Trauger |
| v. | ) |
| | ) |
| DÉJÀ VU CONSULTING, INC. | ) |
| DÉJÀ VU SERVICES, INC, | ) |
| DÉJÀ VU OF NASHVILLE, | ) |
| INC., HARRY MOHNEY, AND | ) |
| JASON MOHNEY | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO PROCEED PSEUDONYMOUSLY, TO PERMIT FILING OF ALL UNREDACTED CONSENTS UNDER SEAL, AND FOR ENTRY OF A <u>PERMANENT PROTECTIVE ORDER</u>**

Plaintiff Jane Doe #1, through counsel, and pursuant to Fed. R. Civ. P. 5.2 , Fed. R. Civ. P. 16(b), Fed. R. Civ. P. 26(c) hereby move this Court to GRANT this Motion To Proceed Pseudonymously, To Permit Filing All Unredacted Consents Under Seal, And For Entry Of Permanent Protective Order (hereinafter "Permanent Protective Order"). In support of this motion, Plaintiff submits a memorandum of law and her declaration under seal.

For the reasons set forth in Plaintiff's memorandum of law filed forthwith, and based on the Plaintiff's declaration, Plaintiff respectfully request this Court enter the Permanent Protective Order attached hereto as Exhibit 1 to protect Plaintiff and future Plaintiffs seeking to vindicate their Fair Labor Standards from annoyance, embarrassment, oppression, and from other undue burden and expense pursuant to Fed. R. Civ. Pro. 26(c) because the litigation involves disclosing

information of the utmost intimacy. As good cause, Plaintiff provides that disclosure of Plaintiffs' identities in a public forum poses serious risk to their personal security. Plaintiff's counsel certifies he has conferred in good faith with Defense counsel to resolve this dispute without Court action. Unfortunately, the parties were unsuccessful.

Accordingly, Plaintiff requests the Court GRANT Plaintiffs' Motion To Proceed Pseudonymously, To Permit Filing All Unredacted Consents Under Seal, And For Entry Of Permanent Protective Order.

Respectfully submitted,

Yezbak Law Offices

**/s/ Charles P. Yezbak, III_____**
Charles P. Yezbak, III (#18965)
Attorney for Plaintiff
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
(615) 250-2000
(615) 250-2020 Facsimile
yezbak@yezbaklaw.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

   I hereby certify that on the 6th day of July, 2017, I filed the foregoing document *Plaintiff's Motion to Proceed Pseudonymously, to Permit Filing of all Unredacted Consents Under Seal, and for Entry of a Permanent Protective Order* with the Clerk of the Court using the ECF, which sent electronic notice to the following opposing counsel:

**Edward M. Bearman**
Law Office of Edward M. Bearman
780 Ridge Lake Boulevard
Suite 202
Memphis, TN 38120
(901) 682-3450
(901) 682-3590 (fax)
ebearman@jglawfirm.com

**Matthew J. Hoffer**
SHAFER & ASSOCIATES, P.C.
3800 Capital City Boulevard, Suite 2
Lansing, Michigan 48906
517-886-6560 – Tel.
517-886-6565 – Fax
Matt@BradShaferLaw.com

Dated: July 6, 2017          **/s/ Charles P. Yezbak, III**
                     Charles P. Yezbak, III