# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

Jane Doe #1, et al.

                                      Plaintiff,

v.                                         Case No.: 3:17–cv–00040

Deja Vu Consulting, Inc., et al.

                                      Defendant,

## **ENTRY OF JUDGMENT**

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/2/2017 re [71], [72].

                                                              Keith Throckmorton, Clerk
                                                              s/ Ann Frantz, Deputy Clerk